**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Sheila Denise WHITE, Defendant– Appellant.**

**No. 10–6702.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Sept. 3, 2010.

Sheila Denise White, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheila Denise White appeals the district court's order denying her motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. White,* No. 5:05–cr–00009–RLV–DCK–17 (W.D.N.C. Apr. 29, 2010). We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*